| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* MOTUL v USA (w366.2) | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | |
| *Plaintiff:* MOTUL S.A., a French corporation<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:22-cv-04841-TSH |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consenting to the Jurisdiction of a Magistrate Judge; Notice of Appearance of Counsel for Plaintiff Motul S.A.; Standing Order for All Judges of the Northern District of California; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Standing Order for Magistrate Judge Thomas S. Hixson; Order Setting Initial Case Management Conference and ADR Deadlines; Certificate of Interested Entities or Persons; Consent or Declination to Magistrate Judge Jurisdiction; Discovery Standing Order for Magistrate Judge Thomas S. Hixson

3. *a. Party served:* USA WHOLESALE LUBRICANT, INC., a California corporation
   *b. Person served:* Maher Fateh, Authorized Employee, ADVANTA ACCOUNTANCY, INC., Registered Agent / Served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 2242 Quimby Rd BUILDING F, San Jose, CA 95122

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 14 2022 (2) at: 09:44 AM

6. ***Person Who Served Papers:***
   a. Ellenor Rios (PS0984, Santa Clara)
   **b. FIRST LEGAL**
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110
   **d.** ***The Fee*** *for Service was:* $138.44

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

09/20/2022
*(Date)*

*(Signature)*