UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOTUL S.A.,

        Plaintiff,

v.

USA WHOLESALE LUBRICANT, INC.,

        Defendant.

Case No. 22-cv-04841-JSW

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

Re: Dkt. No. 27

This matter comes before the Court upon consideration of the motion for leave to file a First Amended Complaint filed by Plaintiff MOTUL S.A. ("Plaintiff"). The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it concludes the motion can be resolved without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for March 24, 2023.

Plaintiff moves for leave to amend to include additional Defendants, and the Court concludes Plaintiff has met its burden to show the factors the Court must consider under Federal Rule of Civil Procedure 15 weigh in favor of granting leave to amend. This ruling is without prejudice to any Defendant moving to dismiss the amended complaint once it is on file.

Accordingly, the Court GRANTS Plaintiff's motion. Plaintiff shall file the First Amended Complaint by no later than March 17, 2023 and shall serve the newly added Defendants in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: March 14, 2023

_____
JEFFREY S. WHITE
United States District Judge