*Attorney or Party without Attorney:*
Scott R. Carpenter (SBN 144259)
CUMMINS & WHITE, LLP
2424 S.E. Bristol, Suite 300
Newport Beach, CA 92660
*Telephone No:* (949) 852-1800
*Attorney For:* Plaintiff

*Ref. No. or File No.:* W366.2

***For Court Use Only***

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court for the Northern District of California

*Plaintiff:* MOTUL S.A., a French corporation,
*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation,

| PROOF OF SERVICE SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:22-cv-4841-JSW |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

3. *a. Party served:* USA AUTO SUPPLY 1 INC., a California corporation
   *b. Person served:* Walid Nasif, Agent for Service of Process

4. *Address where the party was served:* 3470 Depot Rd, Hayward, CA 94545

5. *I served the party:*
   b. **by substituted service.** On: Fri, Mar 24 2023 at: 10:20 AM I left the documents listed in item 2 with or in the presence of: "John Doe", Front Desk (Middle Eastern , Male , Age: 50's , Hair: Gray , Eyes: Brown , Height: 5'10" , Weight: 180)

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] **(Declaration of Mailing)** is attached.
   (5) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*: USA AUTO SUPPLY 1 INC., a California corporation
   under the following Code of Civil Procedure section:

   [X] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [ ] other:
   [ ] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>W366.2 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | |
| *Plaintiff:* MOTUL S.A., a French corporation,<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation, | | |

| PROOF OF SERVICE SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:22-cv-4841-JSW |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Edgar Mendez
   b. Address: **FIRST LEGAL**
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. Telephone number: (714) 541-1110
   d. **The fee** for service was: $243.85
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner [ ] employee [X] independent contractor
         (ii) Registration No: 2017-0001328
         (iii) County: San Francisco

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

03/28/2023 (Date)

Edgar Mendez

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>W366.2 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | |
| *Plaintiff:* MOTUL S.A., a French corporation,<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation, | | |

| **PROOF OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:22-cv-4841-JSW |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Mar 24, 2023
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: USA AUTO SUPPLY 1 INC.
   3470 Depot Rd, Hayward, CA 94545

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Mar 24, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. Ruben Fragoso (2886, Orange County)
   **b. FIRST LEGAL**
   600 W. Santa Ana Boulevard, Suite 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee*** *for Service was:* $243.85
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

03/28/2023
*(Date)*

*Ruben Fragoso*