<table>
<tr><td colspan="4">Attorney or Party without Attorney:<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>Telephone No: (949) 852-1800<br>Attorney For: Plaintiff</td><td colspan="2">Ref. No. or File No.:<br>W366.2</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="6">Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California</td></tr>
<tr><td colspan="6">Plaintiff: MOTUL S.A., a French corporation,<br>Defendant: USA WHOLESALE LUBRICANT, INC., a California corporation,</td></tr>
<tr><td>PROOF OF SERVICE</td><td>Hearing Date:</td><td>Time:</td><td colspan="3">Dept/Div:</td><td>Case Number:<br>4:22-cv-4841-JSW</td></tr>
</table>

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

3. *a. Party served:* USA AUTOMOTIVE SUPPLY & LUBRICANTS, INC., a California corporation
   *b. Person served:* Maher Fateh, Agent for Service of Process

4. *Address where the party was served:* 3470 Depot Rd, Hayward, CA 94545

5. *I served the party:*
   a. **by substituted service.** On: Fri, Mar 24 2023 at: 10:20 AM by leaving the copies with or in the presence of: John Doe, Front desk (Middle Eastern , Male , Age: 50's , Hair: Gray , Eyes: Brown , Height: 5'10" , Weight: 180) / Serve under F.R.C.P. Rule 4

   (1) [ ] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>W366.2 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | |
| *Plaintiff:* MOTUL S.A., a French corporation,<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation, | | |

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:22-cv-4841-JSW |
|---|---|---|---|---|

6. ***Person Who Served Papers:***
   a. Edgar Mendez (2017-0001328, San Francisco)
   **b. FIRST LEGAL**
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110
   **d.** ***The Fee for Service was:***
   **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

03/28/2023
*(Date)*

*(Signature)*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff | | | *Ref. No. or File No.:*<br>W366.2 | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | | | |
| *Plaintiff:* MOTUL S.A., a French corporation,<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation, | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:22-cv-4841-JSW |

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Mar 24, 2023
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: USA AUTOMOTIVE SUPPLY & LUBRICANTS, INC., a California corporation
   3470 Depot Rd, Hayward, CA 94545

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Mar 24, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. Ruben Fragoso (2886, Orange County)
   **b. FIRST LEGAL**
   600 W. Santa Ana Boulevard, Suite 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee for Service was:*** $158.60
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

03/28/2023 — *(Date)*

Ruben Fragoso — *(Signature)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CASE NO. 4:22-cv-4841-JSW**

**MOTUL S.A. vs. USA Wholesale Lubricant, Inc., et al.**

LIST OF ADDITIONAL DOCUMENTS SERVED:

1. DEFENDANT USA WHOLESALE LUBRICANT, INC.'S CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT
2. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
3. USA WHOLESALE LUBRICANT, INC.'S ANSWER TO COMPLAINT
4. STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
5. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
6. AMENDED RULE 26(f) INITIAL DISCLOSURES
7. DEFENDANT USA WHOLESALE LUBRICANT, INC.'S AMENDED FRCP RULE 26(a)(1) INITIAL DISCLOSURES
8. ORDER VACATING CASE MANAGEMENT CONFERENCE AND SCHEDULING ORDER
9. ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT
10. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
11. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
12. ORDER REASSIGNING CASE
13. MOTUL S.A.'S INITIAL DISCLOSURES PURSUANT TO CIVIL RULE 26(A)(1)
14. JOINT CASE MANAGEMENT STATEMENT
15. ORDER GRANTING MOTION FOR LEAVE TO AMEND
16. PRODUCTION 01 – INITIAL DISCLOSURE