| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>W366.2 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | |
| *Plaintiff:* MOTUL S.A., a French corporation,<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation, | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:22-cv-4841-JSW |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

3. *a. Party served:* MAHER A. FATEH
   *b.*

4. *Address where the party was served:* 3470 Depot Rd, Hayward, CA 94545

5. *I served the party:*
   a. **by substituted service.** On: Fri, Apr 14 2023 at: 11:30 AM by leaving the copies with or in the presence of: JOHN DOE, RECEPTIONIST , Middle Eastern , Male , Age: 50 , Hair: Gray , Eyes: Brown , Height: 5'10" , Weight: 180 / Served under F.R.C.P. Rule 4

(1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
(2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(3) [X] **(Declaration of Mailing)** is attached.
(4) [X] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

<table>
<tr><td colspan="4">Attorney or Party without Attorney:<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>Telephone No: (949) 852-1800<br>Attorney For: Plaintiff</td><td>Ref. No. or File No.:<br>W366.2</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="5">Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California</td></tr>
<tr><td colspan="5">Plaintiff: MOTUL S.A., a French corporation,<br>Defendant: USA WHOLESALE LUBRICANT, INC., a California corporation,</td></tr>
<tr><td>PROOF OF SERVICE</td><td>Hearing Date:</td><td>Time:</td><td colspan="2">Dept/Div:</td><td>Case Number:<br>4:22-cv-4841-JSW</td></tr>
</table>

6. ***Person Who Served Papers:***
   a. Edgar Mendez (2017-0001328, San Francisco)
   **b. FIRST LEGAL**
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee for Service was:*** $243.85
   **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

04/14/2023
*(Date)*

*(Signature)*

| *Attorney or Party without Attorney:*<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>*Telephone No:* (949) 852-1800<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>W366.2 | | | ***For Court Use Only*** |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | | | |
| *Plaintiff:* MOTUL S.A., a French corporation,<br>*Defendant:* USA WHOLESALE LUBRICANT, INC., a California corporation, | | | | |
| **PROOF OF SERVICE<br>By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:22-cv-4841-JSW |

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Apr 14, 2023
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: MAHER A. FATEH
   3470 Depot Rd, Hayward, CA 94545

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Apr 14, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. Ruben Fragoso (2886, Orange County)
   **b. FIRST LEGAL**
   600 W. Santa Ana Boulevard, Suite 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee*** *for Service was:* $243.85
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

04/14/2023 — *(Date)*

[signature] — *(Signature)*

<table>
<tr><td colspan="3">Attorney or Party without Attorney:<br>Scott R. Carpenter (SBN 144259)<br>CUMMINS & WHITE, LLP<br>2424 S.E. Bristol, Suite 300<br>Newport Beach, CA 92660<br>Telephone No: (949) 852-1800<br>Attorney For: Plaintiff</td><td>Ref. No. or File No.:<br>W366.2</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="4">Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California</td></tr>
<tr><td colspan="4">Plaintiff: MOTUL S.A., a French corporation,<br>Defendant: USA WHOLESALE LUBRICANT, INC., a California corporation,</td></tr>
<tr><td>AFFIDAVIT OF DUE DILIGENCE</td><td>Hearing Date:</td><td>Time:</td><td>Dept/Div:</td><td>Case Number:<br>4:22-cv-4841-JSW</td></tr>
</table>

1. I, Edgar Mendez 2017-0001328, San Francisco , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject MAHER A. FATEH as follows:

2. *Documents:* Summons in a Civil Action; Amended Complaint; See Attached List of Additional Documents Served

**Attempt Detail**

1) Unsuccessful Attempt by: Edgar Mendez (2017-0001328, San Francisco) on: Apr 12, 2023, 12:25 pm PDT at 3470 Depot Rd, Hayward, CA 94545
The subject is not in at this time.

2) Unsuccessful Attempt by: Edgar Mendez (2017-0001328, San Francisco) on: Apr 13, 2023, 4:40 pm PDT at 3470 Depot Rd, Hayward, CA 94545
The business is closed at this time.

3) Successful Attempt by: Edgar Mendez (2017-0001328, San Francisco) on: Apr 14, 2023, 11:30 am PDT at 3470 Depot Rd, Hayward, CA 94545 received by JOHN DOE, RECEPTIONIST . Age: 50; Ethnicity: Middle Eastern; Gender: Male; Weight: 180; Height: 5'10"; Hair: Gray; Eyes: Brown;

| Attorney or Party without Attorney: Scott R. Carpenter (SBN 144259) CUMMINS & WHITE, LLP 2424 S.E. Bristol, Suite 300 Newport Beach, CA 92660 Telephone No: (949) 852-1800 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: W366.2 | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court for the Northern District of California | | | | |
| Plaintiff: MOTUL S.A., a French corporation, Defendant: USA WHOLESALE LUBRICANT, INC., a California corporation, | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 4:22-cv-4841-JSW |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. ***Person Who Served Papers:***
   a. Edgar Mendez (2017-0001328, San Francisco)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

**d.** ***The Fee*** *for Service was:* $243.85
**e.** I am: A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

04/14/2023
*(Date)*

*(Signature)*